# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, *et al.*,

    *Plaintiffs*,

v.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    *Defendant*.

Case No. 2:24-cv-629

## DEFENDANT'S MOTION TO TRANSFER

Defendant, the Equal Employment Opportunity Commission (EEOC), respectfully moves this Court to transfer this case to the United States District Court for the District of Columbia, or in the alternative to the Middle District of Louisiana or the Southern District of Mississippi. Transfer is warranted pursuant to 28 U.S.C. § 1406(a) because venue in this District is improper. Additionally, even if venue is proper, transfer is nonetheless warranted pursuant to 28 U.S.C. § 1404(a).

The reasons justifying this motion are set forth in the accompanying memorandum of law. A proposed order is also attached. As set forth in the accompanying Certificate of Conference, counsel for Plaintiffs indicated that they oppose this motion.

Dated: May 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI (N.Y. Bar #4901336)
Special Counsel
LAURA B. BAKST (D.C. Bar #1782054)
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8693
Facsimile: (202) 616-8460
Email: daniel.s.schwei@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF CONFERENCE**

On May 7, 2024, counsel for the State of Louisiana contacted undersigned counsel to indicate that Louisiana intended to file a lawsuit in the Western District of Louisiana challenging EEOC's rule implementing the Pregnant Workers Fairness Act, and indicating that counsel for Louisiana may reach out again to discuss a briefing schedule.

On May 8, 2024, undersigned counsel responded expressing an openness to discussing a briefing schedule after the suit is filed, but also noting that the United States has previously filed motions to transfer venue in cases where states filed suit in Districts that do not encompass the state capital. Undersigned counsel indicated that, because venue is typically a threshold issue that should be decided before litigation on the merits, a preliminary briefing schedule regarding venue may be necessary to the extent the State of Louisiana elects to file in the Western District of Louisiana (rather than the Middle District of Louisiana).

On May 8, 2024, counsel for the State of Louisiana replied, and on the topic of venue stated that "we currently have cases against the federal government pending in the [Western District of Louisiana] where [the Department of Justice] has not challenged venue," and thus counsel "would be surprised to see a departure from your past practice."

On May 13, 2024, the States of Louisiana and Mississippi filed suit in the Western District of Louisiana. On May 20, 2024, undersigned counsel contacted counsel for Plaintiffs to meet-and-confer about a motion to transfer based on improper venue, and based on the factors of 28 U.S.C. § 1404(a). Counsel for Plaintiffs responded indicating that Plaintiffs oppose the motion.

    /s/ Daniel Schwei
DANIEL SCHWEI
Special Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch