**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to transfer, and the entire record herein, it is hereby

**ORDERED** that Defendant's motion to transfer is **GRANTED**; and it is further

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Columbia.

**SO ORDERED**.

DATE: _____

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA