UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendant in the above-captioned matter. Please note the following contact information for Ms. Bakst:

Laura B. Bakst
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3183
Facsimile: (202) 616-8470
Email: Laura.b.bakst@usdoj.gov

Dated: May 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Laura B. Bakst*
LAURA B. BAKST (D.C. Bar No. 1782054)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Tel: (202) 514-3183
Facsimile: (202) 616-8470
Email: Laura.b.bakst.@usdoj.gov

*Counsel for Defendant*