AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24-CV-00629-DCJ-TPL
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501-6832** was received by me on *(date)* **May 13, 2024**.

- I personally served the summons on **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501-6832** at *(place)* _____ on *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify):* Service was effected upon U.S. Attorney Western District of Louisiana by mailing the Summons and Complaint by Certified Mail, Tracking Number 9589 0710 5270 0974 9713 03 to 800 Lafayette Street, Suite 2200, Lafayette, LA 70501. The documents were delivered on May 17, 2024

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/28/2024

*Emerald Skipper*
*Server's signature*

Emerald Skipper, Paralegal Specialist
*Printed name and title*

1885 North Third Street
Baton Rouge, LA 70802
*Server's address*

Additional information regarding attemped service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$
Total Postage and Fees
$

Sent To: U.S. Attorney - WDLA
Street and Apt. No., or PO Box No.: 800 Lafayette St., Ste 2200
City, State, ZIP+4: Lafayette, LA 70501-6832

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

89 0710 5270 0974 9713 03

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
Western District of Louisiana
800 Lafayette St., Ste 2200
Lafayette, LA 70501-6832

9590 9402 8669 3244 3889 11

2. Article Number *(Transfer from service label)*

89 0710 5270 0974 9713 03

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☑ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
                                     5-17-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN MID-ATLANTI...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700974971303

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:24 am on May 17, 2024 in LAFAYETTE, LA 70501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

LAFAYETTE, LA 70501
May 17, 2024, 9:24 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24-CV-00629-DCJ-TPL
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530-0001**
was received by me on *(date)* ___May 13, 2024___.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530-0001**
  at *(place)* _____ _____ on
  *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____, a person of suitable age and discretion
  who resides there, on *(date)* _____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- **Other** *(specify):*  Service was effected upon U.S. Attorney General by mailing the Summons and Complaint by Certified Mail, Tracking Number 9589 0710 5270 0974 9712 97 to 950 Pennsylvania Avenue, N.W. Washington, D.C. 20530. The documents were delivered on May 28, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 5/28/2024

*Server's signature*

Emerald Skipper, Paralegal Specialist

*Printed name and title*

1885 North Third Street
Baton Rouge, LA 70802

*Server's address*

Additional information regarding attemped service, etc:



ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN MID-ATLANTI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700974971297

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:01 am on May 28, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 28, 2024, 5:01 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                           ⌄

Product Information                                           ⌄

See Less ⌃

Track Another Package

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24-CV-00629-DCJ-TPL
### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Equal Employment Opportunity Commission** was received by me on *(date)* May 13, 2024.

- I personally served the summons on **Equal Employment Opportunity Commission** at *(place)* _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify):* Service was effected Equal Opportunity Commission by mailing the Summons and Complaint by Certified Mail, Tracking Number 9589 0710 5270 0974 9712 80 to 131 M Street, NE, Washington, D.C. 20507. The documents were delivered on May 22, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/28/2024

*Server's signature*

Emerald Skipper, Paralegal Specialist
*Printed name and title*

1885 North Third Street
Baton Rouge, LA 70802
*Server's address*

Additional information regarding attemped service, etc:



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700974971280

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:02 am on May 22, 2024 in WASHINGTON, DC 20507.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20507
May 22, 2024, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers