UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:24-CV-00629** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **MAGISTRATE JUDGE LEBLANC** |

**MINUTES OF COURT:**
**MOTIONS HEARING**

| Date: | June 12, 2024 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:06 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 12:15 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 2:09 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| J. Benjamin Aguinaga<br>Tracy L Short | For | States of Louisiana, Mississippi-Plaintiffs |
| Daniel Schwei<br>Laura B. Bakst<br>Alexandra Widas | For | Equal Employment Opportunity Commission, Defendants |

**PROCEEDINGS**

Case called for oral arguments in the consolidated matters of State of Louisiana et al. v. Equal Employment Opportunity Commission (2:24-cv-00629) and United States Conference of Catholic Bishops, et al. v. Equal Employment Opportunity Commission, et al. (2:24-cv-00691).

After considering oral argument, the applicable law, and memoranda submitted, the Court took [17] Motion for Preliminary Injunction, Motion to Stay by State of Louisiana, State of Mississippi under advisement.  The Court invited supplemental briefing on any issues addressed in oral argument by Friday, June 14, 2024.

A written ruling will follow.