**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 2:24-cv-691 |

**DEFENDANTS' RULE 59 MOTION TO ALTER OR AMEND JUDGMENT**

The Equal Employment Opportunity Commission (EEOC) and Charlotte Burrows, Chair of the EEOC (jointly "Defendants"),[1] respectfully move this Court to alter or amend its June 17, 2024 Preliminary Injunction Order, ECF No. 47, pursuant to Federal Rule of Civil Procedure 59(e) and the Supreme Court's recent decision in *Murthy v. Missouri*, 144 S. Ct. 1972, No. 23-411 (June 26, 2024). The reasons justifying this motion are set forth in the

---

[1] Ms. Burrows is listed as an official capacity defendant only in *U.S. Conference of Catholic Bishops, et al. v. EEOC, et al.*, ("USCCB") No. 2:24-cv-691.

accompanying memorandum of law. As stated in the accompanying Certificate of Conference, counsel for Plaintiffs indicated that they oppose this motion.

Dated: July 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Alexandra Widas*
LAURA B. BAKST (D.C. Bar #1782054)
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: Alexandra.J.Widas@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

On July 12, 2024, counsel for Defendants contacted counsel for Plaintiffs stating that Defendants were considering filing a motion under Federal Rule of Civil Procedure 59(e) and seeking Plaintiffs' positions on such a motion. After a further email exchange that day between the Parties in which Defense counsel further explained the bases for the motion, counsel for Plaintiffs responded on July 15, 2024, stating that they oppose this motion.

/s/ *Alexandra Widas*
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch