UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THE STATE OF LOUISIANA, ET AL.** | **:** | **DOCKET NO. 2:24-cv-00629** |
| **VERSUS** | **:** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **:** | **MAGISTRATE JUDGE LEBLANC** |

**************************************************************************

| | | |
|---|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL.** | **:** | **DOCKET NO. 2:24-cv-00691** |
| **VERSUS** | **:** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL.** | **:** | **MAGISTRATE JUDGE LEBLANC** |

## INTERIM SCHEDULING ORDER

Pursuant to Consolidation Order entered June 27, 2024[1], these matters were consolidated for purposes of discovery and pre-trial motion practice and were referred to the undersigned for a scheduling conference to set appropriate deadlines for the parties' presentation of dispositive motions. Pursuant to the referral, a scheduling conference was held on July 25, 2024.

The following case-specific deadlines are hereby set consistent with the scheduling conference. If you have any questions about the rules or deadlines fixed by this order or otherwise wish to contact chambers, you may reach Judge Joseph's chambers by calling (337) 593-5050. You may also reach the Magistrate Judge's chambers by dialing (337) 437-3874.

Accordingly, IT IS HEREBY ORDERED:

---

[1] See Doc. 49 in Case No. 2:24-cv-00629 and Doc. 57 in Case No. 2:24-cv-00691.

**DISCOVERY:**

1. All parties agree discovery is not needed in connection with the preparation and submission of the dispositive motions that are the subject of this Interim Scheduling Order. Accordingly, except with respect to production of the administrative record as hereinafter set forth, or as otherwise hereafter ordered by the Court, the parties shall refrain from conducting any discovery or discovery-related motion practice until the Court rules on the dispositive motions filed pursuant to this Interim Scheduling Order. In the event either, or both, of these actions is not fully disposed of by said motions, a scheduling conference will be conducted with respect to the remaining action(s) and the issue of discovery will be revisited at that time.

**PRODUCTION OF THE ADMINISTRATIVE RECORD:**

2. On or before **AUGUST 26, 2024,** the Equal Employment Opportunity Commission ("EEOC") shall compile the entirety of the administrative record pertaining to this matter, file same into the record, and provide a copy of the complete administrative record to each of the State Plaintiffs[2] (one copy to be shared by those plaintiffs) and the Bishops Plaintiffs[3] (one copy to be shared by those plaintiffs).

3. The entirety of the administrative record shall be filed electronically into the record of each action through the Court's CM/ECF system. A hard copy of the entirety of the administrative record also shall be filed with the Clerk of Court's office as a manual attachment to the suit record. The EEOC may contact the Clerk of Court at (337) 437-3870 with any questions regarding filing the administrative record.

---

[2] "State Plaintiffs" refers collectively to all plaintiffs in Case No. 2:24-cv-00629.
[3] "Bishops Plaintiffs" refers collectively to all plaintiffs in Case No. 2:24-cv-00691.

4.	On or before **SEPTEMBER 16, 2024**, the State Plaintiffs and the Bishops Plaintiffs shall file any motion to supplement or complete the administrative record or shall file a certificate that the administrative record as filed by the EEOC is the complete administrative record.

**DISPOSITIVE MOTIONS:**

5.	On or before **OCTOBER 10, 2024**, the parties shall file their respective dispositive motions. Each party shall file only one (1) dispositive motion, which shall set forth all of that party's grounds for or theories of relief; provided, however, the EEOC may elect to file separate dispositive motions in each action or a single combined dispositive motion addressing both actions jointly.

6.	On or before **NOVEMBER 12, 2024**, the parties shall file their respective responses to the dispositive motions. The EEOC may elect to file separate responses in each action or a single combined response addressing the dispositive motions of the State Plaintiffs and the Bishops Plaintiffs jointly.

7.	On or before **DECEMBER 10, 2024**, the parties shall file their respective replies to the responses to the dispositive motions. The EEOC may elect to file separate replies in each action or a single combined reply addressing the responses of the State Plaintiffs and the Bishops Plaintiffs jointly.

8.	If the EEOC elects to file a single combined motion, response, or reply, the EEOC shall organize each such pleading into sufficient sections or parts as to clearly identify the party and each of the party's claims, theories, or arguments being addressed.

**STAY OF RESPONSIVE PLEADINGS:**

9. The deadline for the EEOC to respond to the complaint in each action, and any amendments or supplements thereto, is stayed until the date that is fourteen (14) days after this Court has entered judgment on the dispositive motions in such action.

**ADDITIONAL MATTERS:**

10. No deadline set forth in this Interim Scheduling Order will be extended unless for good cause and only in the interest of justice.

11. All deadlines in this Interim Scheduling Order are case specific and override any deadlines for the same matter found in an applicable rule of civil procedure or local court rule. All other deadlines in the Federal Rules of Civil Procedure and the Local Rules of this Court shall govern this case and shall be enforced by this Court.

12. A copy of all dispositive motions, responses, and replies shall be forwarded to the Court on the date of filing by electronic mail in Word format to joseph_motions@lawd.uscourts.gov and by placing a hard copy in the mail to Judge Joseph's chambers.

THUS DONE AND SIGNED in chambers on this 26th day of July, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE