IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant.* | No. 2:24-cv-629-DCJ-TPL <br><br> Judge David C. Joseph <br><br> Magistrate Judge Thomas P. LeBlanc |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., <br><br> *Defendants.* | No. 2:24-cv-691-DCJ-TPL <br><br> Judge David C. Joseph <br><br> Magistrate Judge Thomas P. LeBlanc |

**BISHOPS AND STATE PLAINTIFFS' CERTIFICATION REGARDING ADMINISTRATIVE RECORD**

Pursuant to the Court's Interim Scheduling Order,[1] Plaintiffs the U.S. Conference of Catholic Bishops, the Diocese of Lake Charles, the Diocese of Lafayette, and The Catholic University of America (collectively "Bishops Plaintiffs"), and Plaintiffs Louisiana and Mississippi (collectively "State Plaintiffs") hereby certify that, based on the information available to the Bishops Plaintiffs

---

[1] *See* Dkt. 66 at 3, *USCCB et al. v. EEOC et al.*, No. 2:24-cv-691 ("*USCCB*"); Dkt. 59 at 3, *Louisiana et al. v. EEOC*, No. 24-cv-629 ("*Louisiana*").

1

and the State Plaintiffs, the administrative record as filed by Defendants[2] appears to be the complete administrative record in these consolidated cases, and that neither the Bishops Plaintiffs nor the State Plaintiffs intend to file a motion to complete the administrative record.

|  |  |
|---|---|
| Jonathan Berry<br>  (W.D. La. Temporary Bar No. 918121)<br>James R. Conde<br>  (W.D. La. Temporary Bar No. 918116)<br>Boyden Gray PLLC<br>801 17th St. NW, Suite 350<br>Washington, DC 20006<br>Phone: (202) 955-0620<br>Fax: (202) 955-0621<br>jberry@boydengray.com | Respectfully submitted,<br>/s/ Daniel H. Blomberg<br>Daniel H. Blomberg<br>  (W.D. La. Temporary Bar No. 918117)<br>  *Trial Attorney*<br>/s/ Michael J. O'Brien<br>Michael J. O'Brien<br>  (LA Bar No. 38852)<br>Laura Wolk Slavis<br>  (W.D. La. Temporary Bar No. 918118)<br>Andrea R. Butler<br>  (W.D. La. Temporary Bar No. 918119)<br>Jordan T. Varberg<br>  (W.D. La. Temporary Bar No. 918120)<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20006<br>Phone: (202) 955-0095<br>Fax: (202) 955-0090<br>dblomberg@becketlaw.org |

*Counsel for Bishops Plaintiffs*

---

[2]  *See* Dkt. 71, *USCCB*; Dkt. 64, *Louisiana*.

   /s/ *J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*
Tracy Short (La #23940)
  *Assistant Chief Deputy Attorney General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6705
aguinagab@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


  /s/ *Justin L. Matheny*
Justin L. Matheny*
  *Deputy Solicitor General*
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

* pro hac granted

Dated: September 16, 2024

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2024, the foregoing was served on counsel for all parties via the Court's CM/ECF system.

                                              /s/ Daniel H. Blomberg
                                              Daniel H. Blomberg
                                                (W.D. La. Temporary Bar No. 918117)
                                               *Trial Attorney*
                                              /s/ Michael J. O'Brien
                                              Michael J. O'Brien
                                                (LA Bar No. 38852)

Dated: September 16, 2024