UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>*Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF<br>CATHOLIC BISHOPS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, *et al.*,<br><br>*Defendants.* | Case No. 2:24-cv-691 |

## **ORDER**

Upon due consideration of Defendants' Unopposed Motion For Leave To File Administrative Record Directly with Clerk of Court And Waiver Of Hard Copy Requirement [Doc. 63 in Case 24-cv-629; Doc. 70 in Case 24-cv-691], and for good cause shown,

IT IS ORDERED that the motions are GRANTED, and, accordingly, Defendants shall provide the Clerk of Court and Chambers with a thumb drive or other removable media containing a true and correct copy of the administrative record. In this regard, Defendants' compliance with their Notices of Filing of Certified Administrative Record [Doc. 64 in Case 24-cv-629; Doc. 71 in Case 24-cv-691] shall satisfy this Court's July 26, 2024 Interim Scheduling Order [Doc. 59 in Case 24-cv-00629; 66 in Case 24-cv-691, ¶¶ 2, 3].

IT IS FURTHER ORDERED that, within two weeks of the conclusion of summary judgment briefing, Defendants shall provide to the Clerk of Court in hard copy and file via ECF a joint appendix of the administrative record materials cited in the parties' summary judgment briefs. In this regard, Defendants' Appendix of Administrative Record Materials Cited in Parties' Summary Judgment Briefs filed as Doc. 89 in Case 24-cv-629 and Doc. 91 in Case 24-cv-691, together with the attachments to each, are deemed to satisfy the foregoing.

SO ORDERED at Lake Charles, Louisiana, this 14th day of January, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE