**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 2:24-cv-691 |

## MOTION TO SUBSTITUTE COUNSEL

Defendants respectfully move to substitute counsel for Defendants in the above-captioned cases. Laura B. Bakst, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, is currently counsel of record for Defendants. Ms. Bakst is leaving the Department of Justice on April 1, 2025. Defendants move to withdraw Ms. Bakst's appearance and to substitute Karima A. Ortolano, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for Defendants. This substitution will not delay any proceedings.

Dated: April 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Karima A. Ortolano*
KARIMA A. ORTOLANO (Mass. Bar No. 707575)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 451-7467
Facsimile: (202) 616-8460
Email: karima.ortolano2@usdoj.gov

*Counsel for Defendants*