## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, et al,<br><br>PLAINTIFF,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:24-cv-629-DCJ-TPL |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, et al,<br><br>PLAINTIFF,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:24-cv-691-DCJ-TPL |

## ORDER

Considering the Motion to Withdraw [Doc. 122];

**IT IS ORDERED** that the motion is **GRANTED**, and, accordingly, Tracy Short (Bar No. 23940) is withdrawn as counsel for Plaintiff the State of Louisiana, in this proceeding.

SO ORDERED at Lake Charles, Louisiana, this 12th day of August, 2026.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**